COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

NORMAND R. LEZY     6297-0
   E-Mail: nlezy@cwlfirm.com
MICHAEL J. NAKANO  6940-0
   E-Mail: mnakano@cwlfirm.com
Davies Pacific Center, Suite 1099
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 744-7020
Facsimile:  (808) 354-0427

Attorneys for Defendant
SAFEWAY INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAVID S.M. JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>SAFEWAY INC., a Delaware corporation, JOHN DOES 1-5, JOHN DOE CORPORATIONS 1-5, JOHN DOE PARTNERSHIPS 1-5, ROE NON-PROFIT ORGANIZATIONS 1-5, and ROE GOVERNMENTAL AGENCIES 1-5,<br><br>    Defendants. | CIVIL NO. 16-00488 DKW-WRP (Other Non-Vehicle Tort)<br><br>**STIPULATION FOR DISMISSAL OF ALL CLAIMS AND ALL PARTIES WITH PREJUDICE**<br><br>Trial:  August 26, 2019 |
| SAFEWAY INC.,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>UNISTAR PLASTICS, LLC,<br><br>    Third-Party Defendant. | |

# STIPULATION FOR DISMISSAL OF ALL CLAIMS AND ALL PARTIES WITH PREJUDICE

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED by and among the parties hereto that the Complaint against Defendant SAFEWAY INC. is hereby dismissed with prejudice. Each party to bear its own attorney's fees and costs.

All parties have executed this Stipulation. There are no remaining parties or issues.

Trial of this matter is scheduled for August 26, 2019.

DATED: Honolulu, Hawaii, May 30, 2019.

/s/ John M. O'Neill
JOHN M. O'NEILL
Attorney for Plaintiff
DAVID S. M. JOHNSON

/s/ Normand R. Lezy
NORMAND R. LEZY
MICHAEL J. NAKANO
Attorneys for Defendant
SAFEWAY INC.

APPROVED AS TO FORM.
DATED: May 30, 2019 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

**DAVID S. M. JOHNSON v. SAFEWAY INC.**, Civil No. 16-00488 DKW-WRP; **STIPULATION FOR DISMISSAL OF ALL CLAIMS AND ALL PARTIES WITH PREJUDICE**

2